ACCEPTED
12-15-00246-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/13/2015 12:09:37 PM
Pam Estes
CLERK

## NO. 12-15-00246-CV

| | | |
|---|---|---|
| **ESTATE OF WILLIE SUE** | § | IN THE COURT OF APPEALS |
| **HAMMACK BY MORRISON** | § | |
| **HAMMACK, JR.,** | § | |
| **Plaintiff** | § | |
| | § | |
| **V.** | § | **12TH APPELLATE DISTRICT** |
| | § | |
| **LARRY GENE MARSH, BILLIE** | § | |
| **MARIE BUCKLEY, DEBORAH SUE** | § | |
| **STUART AND TERRY LYN MARSH** | § | |
| **Defendants** | § | **STATE OF TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/13/2015 12:09:37 PM
PAM ESTES
Clerk

### MOTION TO EXTEND TIME TO FILE FOR REHEARING

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Appellants, **Larry Gene Marsh, Billie Marie Buckley, Deborah Sue Stuart and Terry Lyn Marsh**, pursuant, and requests that the Court grant Appellant an extension of time in which to file the Motion for Rehearing in the above entitled and numbered cause.

**I.**

The deadline to file the Motion for Rehearing expired on **November 5, 2015.**

**II.**

Appellant has been unable to file the Motion for Rehearing for the following reasons, which constitutes good cause for the extension of time:

1.  The Appellants' Brief was due to be filed the **12th** day of **November, 2015.**

2.  **Robert M. Minton**, attorney for Appellants, Stuart et al, is involved in filing a brief for review of the Supreme Court, **Case No. 15-0821, Mondee Stracener vs Doug Stracener et al**, which was filed on **October 23, 2015.**

The undersigned, in order to serve the interests of justice, and the Court, respectfully requests the Court to extend the time for filing the Motion for Rehearing through the **13th** day of **November, 2015.** This request is not made for the purpose of delay, but so that the undersigned may adequately serve the interests of the legal profession in seeing to it that his clients are

adequately advised, represented, and their work completed on time, as well as to handle the appeal of this proceeding.

## III.

This extension of time is sought so that justice may be done, and not for purposes of delay.

## IV.

Granting this request for an enlargement of time to file will not delay the business of the Court.

## V.

No further extensions of time to file will be sought.

**WHEREFORE, PREMISES CONSIDERED**, Appellant requests the Court to grant until **November 13, 2015** to file the Motion for Rehearing.

Respectfully submitted,

**MINTON & BROWN PLLC**

**Robert M. Minton**
Texas Bar No. 14195000
Email: mintonbrown@suddenlinkmail.com
134 N. Marshall St.
Henderson, TX 75653
Tel. (903) 657-3543
Fax. (903) 657-3545
Attorney for Plaintiff
**Larry Gene Marsh, Billie Marie Buckley,
Deborah Sue Stuart and Terry Lyn Marsh**

## CERTIFICATE OF SERVICE

I certify that on **November 13, 2015** a true and correct copy of **MOTION TO EXTEND TIME TO FILE FOR REHEARING** to Morrison Hammack was served by email to

**Mr. Russell R. Smith**, and **Mr. Chris Hughes**, Attorneys for Plaintiff/Proponent, Morrison Hammack, Jr., at **rsmith@fairchildlawfirm.com** and **chughes@fairchildlawfirm.com**, respectively.


**ROBERT M. MINTON**
**Attorney for Appellants, Larry Gene Marsh,**
**Billie Marie Buckley, Terry Lyn Marsh,**
**Deborah Sue Stuart**